IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:   CHAPTER 13 CASE
         NO. 15-30629

KATRINA SHUFFORD

    Debtor

---

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY US MAIL, ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH ST., MONTGOMERY ALABAMA 36104.**

---

## MOTION/NOTICE/OBJECTION
## MOTION TO APPROVE SETTLEMENT

COMES NOW, James G. Bodin, and moves this Honorable Court to approve the settlement of the debtor Katrina Shufford's lawsuit, and as grounds for said motion, states as follows:

I was engaged by the debtor to represent her regarding claims/cause of action against Dairyland Auto Insurance Company arising out of a car wreck injuring the debtor which was caused by driver Laree Flowers on August 24, 2016 in Montgomery, Alabama.

WHEREFORE, the above premises considered, James G. Bodin moves this Honorable Court to approve the debtor Katrina Shufford's automobile collision settlement of $3,000.00 so that James G. Bodin may release the proceeds to the Trustee for the benefit of the debtor's unsecured creditors. The undersigned will file an application for approved fees and reimbursement of expenses.

Respectfully submitted August 4, 2016.

      /s/ James G. Bodin
      James G. Bodin

OF COUNSEL:

**MCPHILLIPS, SHINBAUM, L.L.P.,**
PO Box 64
516 S. Perry Street
Montgomery, Alabama 36101
(334) 262-1911
(334) 263-2321 FAX

## CERTIFICATE OF SERVICE

I, James G. Bodin, certify that I have served a copy of the foregoing MOTION TO APPROVE SETTLEMENT on the parties listed below by placing same in the United States Mail, postage prepaid and properly addressed, August 4, 2016.

| | |
|---|---|
| Ms. Katrina Shufford | Richard Shinbaum, Esq. |
| 232 Marshall Street | The Shinbaum Law Firm |
| Montgomery, Alabama 36104 | 566 South Perry Street |
| | Montgomery, Alabama 36104 |
| Teresa R. Jacobs | |
| Bankruptcy Administrator | Curtis C. Reding |
| U.S. Bankruptcy Court | Chapter 13 Trustee |
| One Church Street | P. O. Box 173 |
| Montgomery, Alabama 36104 | Montgomery, Alabama 36101-0173 |

      /s/ James G. Bodin
      James G. Bodin